UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18-cv-00135-RJC
(5:15-cr-00069-RJC-1)

| | |
|---|---|
| KIMBERLY MICHAELS DIPADOVA, )<br> )<br>  Petitioner, )<br> )<br>  vs. )<br> )<br>UNITED STATES OF AMERICA, )<br> )<br>  Respondent. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on its own motion.

After conducting an initial review of Petitioner Kimberly Michaels Dipadova's pro se Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255, see Rules Governing Section 2255 Proceedings for the United States District Courts, Rule 4(b), this Court entered an Order on August 29, 2018, directing the Government to file an answer, motion or other response to the Motion to Vacate within 45 days (Order 3, Doc. No. 4). Upon conducting a status review of the docket in this action, the Court discovered that the United States Attorney's Office was not served a copy of the Court's Order (Notice of Electronic Filing, Doc. No. 4, Aug. 29, 2018).

**IT IS, THEREFORE, ORDERED** that the Government shall file an answer, motion or other response to Petitioner's § 2255 Motion within forty-five (45) days from entry of this Order.

Signed: October 26, 2018

_____
Robert J. Conrad, Jr.
United States District Judge