# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Kimberly Michaels Dipadova,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:18-cv-00135-RJC |
| | ) | 5:15-cr-00069-RJC-DCK |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 29, 2019 Order.

January 29, 2019

Frank G. Johns, Clerk
United States District Court