

CLERK OF SUPERIOR COURT
MECKLENBURG COUNTY
PO BOX 37971
CHARLOTTE, NC 28237-7971

Clerk
Federal Courthouse
401 West Trade St. #210
Charlotte, NC 28202



ZIP 28202
02 4W
0000352869 FEB 11 2019
U.S. POSTAGE >> PITNEY BOWES
$ 000.65°