FILED: February 15, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-6243
(5:15-cr-00069-RJC-DCK-1)
(5:18-cv-00135-RJC)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

KIMBERLY MICHAELS DIPADOVA

      Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Statesville |
| Originating Case Number | 5:15-cr-00069-RJC-DCK-1<br>5:18-cv-00135-RJC |
| Date notice of appeal filed in originating court: | 02/14/2019 |
| Appellant(s) | Kimberly Michaels Dipadova |
| Appellate Case Number | 19-6243 |
| Case Manager | Michael Radday<br>804-916-2702 |